22-cv-8847 (PKC) (SN) Peter Bright vs United States          2022-11-21
19-cr-0521 (PKC)     United States vs Peter Bright

To whom it may concern,

Please file this letter in the civil case named above.

So that the record may be more fully developed in support of my 2255 petition,
I hereby waive attorney-client privilege between myself and Amy Gallicchio,
Esq. This waiver is made to the extent necessary to disclose the issues raised
in the 2255 petition, and any future issues that might be raised in subsequent
amendments of that petition. Any matters beyond the scope of the petition
are to remain privileged.

Peter Bright

RECEIVED
SDNY PRO SE OFFICE
2022 NOV 28   PM 3: 28

Perel Bright 76309-054
FCC Petersburg
PO Box 1000
Petersburg, VA 23804

RICHMOND VA 230

23 NOV 2022 PM 6 L

LEGAL MAIL

◇76309-054◇
Pro Se Intake Unit
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

10007-131699