RECEIVED
SDNY PRO SE OFFICE

2023 MAR 20  PM 3:48

Peter Bright 76309-054
FCI Petersburg Medium
PO Box 1000
Petersburg, VA 23804

March 11, 2023

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

re: 22-cv-8847 (PKC) (SN) Peter Bright vs United States
    19-cr-0521 (PKC)        United States vs Peter Bright

Dear Judge Castel:

I received in early December, 2022, a letter from the government requesting an extension to the December 19, 2022 deadline for filing a response to my § 2255 petition. In response to this request I asked for the appointment of counsel in a letter dated December 17, 2022.

I received the Court's denial of my request in early January of this year. However, I have not received any other communication either from the Court or from the government. Specifically, I have received no notice of the Court's response to the request for extra time, nor have I received any response from the government to my petition. As such, I am rather in the dark about the status of my petition and the government's response to it. I respectfully ask that the Court tell me when I can expect a response from the government.

Respectfully,

Peter Bright



PETRE BRIGHT 76309-054
FCI PETERSBURG MEDIUM
PO BOX 1000
PETERSBURG, VA 23804

⇔76309-054⇔
Pro Se Intake Unit
500 Pearl ST
Room 200
NEW YORK, NY 10007
United States

LEGAL MAIL
10007-131699

RICHMOND VA 230
15 MAR 2023 PM 6 L