```
22-cv-8847 (PKC) (SN) [rel. 19-cr-0521 (PKC)]          Peter Bright 76309-054
                                                          FCC Petersburg Medium
                                                                     PO Box 1000
                                                            Petersburg, VA 23804

                                                                      2024-08-21
```

Dear Judge Castel:

I am writing to ask about the current status of my § 2255 petition. It has been more than twelve months since I have heard anything from the Court, and I want to be sure that there is nothing further required from me to advance my case.

I would also like to request some information that I appear to be missing from my own files. Late in 2022, the Government requested an extension to the original 2022-12-19 deadline for filing its response to my petition. I do not have in my records any response from the Court to this request, nor any indication of whether the request was granted, nor what the new deadline was.

Further, I am not clear on which date the Government actually filed its response. I received a copy of the response in April, 2023. With that copy, the Government asserted that it had forgotten to mail me a paper copy of the response (as required when there are pro se litigants) when it filed the response electronically. The Government's cover letter did not, however, indicate the original electronic filing date.

Thank you for the Court's assistance in these matters.

Respectfully,

Peter Bright

