22-cv-8847 (PKC) (ex rel. 19-cr-0521)                          2025-05-13

Peter Bright vs United States


Judge Castel,

Please take notice that I, Peter Bright, appeals from the final judgement entered by the District Court on 2025-05-09 that denied me a writ of habeas corpus.

This appeal is made to the United States Court of Appeals for the Second Circuit.

Further to this, I would like to inform the Court of an upcoming change of circumstances. Since sentencing I have been housed at FCC Petersburg, in VA. As the Court is aware, I have suffered and continue to suffer lifelong mental health issues, including depression and chronic suicidality. I am well cared for at Petersburg; I have a conscientious and caring case manager and unit counselor, and weekly sesions with a pair of excellent psychologists. However, I have recently been informed that I am likely to be put in for transfer soon, over my objections, to move me from a medium security facility to a low security facility.

As well as the normal difficulties that transfers cause with on-going legal cases-- the extended period in which inmates are left effectively incommunicado, without access to their legal paperwork--a transfer will also cause me to lose access to the support network I have at Petersburg. This will inevitably be destabilizing.

I recognize that it is my duty to keep the Court aware of any changes of address as and when they occur, and I will endeavour to do so. Nonetheless, I hope that the Court will consider these circumstances when setting deadlines, and be understanding should it be necessary to seek extensions to those deadlines.

Sincerely,

*Peter Bright*
Peter Bright

RECEIVED
MAY 28 2025
PRO SE OFFICE



